No. 279. WITHROW, TRADING AS ROYAL BLUE CAB CO., ET AL. *v.* EDWARDS, ADMINISTRATRIX. October 11, 1943. Petition for writ of certiorari to the Supreme Court of Appeals of Virginia denied. *Mr. John S. Rixey* for petitioners.

No. 281. THOMSON ET AL. *v.* BUTLER ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Messrs. W. H. H. Piatt* and *Ernest D. Martin* for petitioners. *Mr. Henry N. Ess* for respondents.

No. 290. AMERICAN ANODE, INC. *v.* DEWEY & ALMY CHEMICAL CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Harrison F. Lyman* for petitioner. *Mr. George P. Dike* for respondent.

Nos. 300 and 304. AXELRATH *v.* SPENCER KELLOGG & SONS, INC. October 11, 1943. Petition for writs of certiorari to the Court of Appeals of New York denied. *Messrs. Sydney J. Schwartz* and *Howard F. R. Mulligan* for petitioner. *Mr. Carver W. Wolfe* for respondent.

No. 307. HOME ICE CO. *v.* CHAPMAN ET AL. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Julian C. Wilson* for petitioner.